THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
Telephone: (415) 951-0535
Facsimile:  (415) 391-7808

Attorneys for Defendant
PROVIDENT LIFE AND ACCIDENT INSURANCE
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAELSON,<br><br>    Plaintiff,<br><br>  v.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY and ADVO, INC.,<br><br>    Defendants. | CASE NO. C05-00264 MEJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [PROPOSED] ORDER THEREON** |

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON

1  Plaintiff Robert Michaelson, through William Green, Esq., Delfino, Green & Green and
2  defendant Provident Life and Accident Insurance Company through John T. Burnite, Esq., Kelly,
3  Herlihy & Klein LLP, HEREBY STIPULATE that the above-captioned matter and all claims of
4  relief therein can be dismissed with prejudice and in its entirety pursuant to the parties' agreement to
5  resolve the disputed claim. Each party to bear their own fees and costs.
6  IT IS SO STIPULATED

           KELLY, HERLIHY & KLEIN LLP

Dated: July 11, 2005            By _____
                                   John T. Burnite
                                   Attorneys for Defendant
                                   PROVIDENT LIFE AND ACCIDENT
                                   INSURANCE COMPANY


           DELFINO, GREEN & GREEN

Dated: June 30, 2005            By _____
                                   William Green
                                   Attorneys for Plaintiff
                                   ROBERT MICHAELSON


The Clerk shall close the file.    **ORDER**
IT IS SO ORDERED.

Date: July 13, 2005
                                   _____
                                   Judge, U.S.D.
E:\25134\P04.wpd                   Northern Dist.

                                   [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Maria-Elena James]

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON
-1-